O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONG HYUNH NGUYEN,<br><br>              Petitioner,<br><br>     v.<br><br>JAMES ENGELMAN, Warden,<br><br>              Respondent. | Case No. CV 23-08037-DDP (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRTE JUDGE** |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

   **IT IS ORDERED** that Respondent's motion to dismiss be granted and Judgment be entered denying the Petition and dismissing this action with prejudice.

///

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: November 19, 2024

                                          DEAN D. PREGERSON
                              UNITED STATES DISTRICT JUDGE